IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WILLIE DANTE SMITH,** : | |
| : | |
| **Plaintiff,** : | |
| : | No. 5:24-cv-00167-MTT-AGH |
| v. : | |
| : | |
| **Sheriff DAVID DAVIS,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

*Pro se* Plaintiff Willie Dante Smith, an inmate at the Bibb County Jail in Macon, Georgia, filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. He also moved for leave to proceed *in forma pauperis*. ECF No. 3. On June 17, 2024, Plaintiff was ordered to file, within fourteen days, a certified copy of his trust fund account statement for the preceding six months so that the Court may properly evaluate his motion for leave to proceed *in forma pauperis*. ECF No. 4. He failed to respond. On July 11, 2024, Plaintiff was ordered to show cause why this civil action should not be dismissed for his failure to provide an account statement as ordered by the Court. ECF No. 5. Plaintiff then filed a letter dated July 9, 2024 which this Court construes as a request for an extension of time to file his account certification. ECF No. 6. In the letter, Plaintiff asserts that he requested a copy of his account statement from "Corp[o]ral Holmes" and that "the paperwork was never returned to [him]." *Id*. He further contends that he has "been asking different deputies to track down Ms. Holmes but that has been unsuccessful." *Id*.

If Plaintiff is continuing to have difficulty in obtaining an account statement, he should show this order to an appropriate corrections official. If Plaintiff is still unable to obtain an account statement after presenting this order to the appropriate corrections official, he should provide the Court with a copy of his written request for the account statement, if able, as well as written notice to the Court setting forth the name of the officer from whom he requested an account statement, the date on which he requested the statement, and any response he received. If Plaintiff receives written notification that he will not be provided with an account statement, he should provide the Court with a copy of such written notice.

Having considered Plaintiff's request for an extension of time (ECF No. 6), it is now **GRANTED**. Plaintiff shall have **FOURTEEN DAYS** from the date of this order to file his certified account statement. There shall be no service in this case pending further order of the Court.

**SO ORDERED**, this 13th day of August, 2024.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE