IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIE DANTE SMITH,                              *

                        Plaintiff,              *

v.                                               Case No.  5:24-CV-167 (MTT)
                                                 *
Sherrif DAVID DAVIS, et al.,
                                                 *
                        Defendants.
                                                 *
_____
                                                 *

## J U D G M E N T

Pursuant to this Court's Order dated 4/4/2025, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of April, 2025.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk